# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF _____ V.S. _____  FOR _____  AT _____

PERSON REPRESENTED (Show your full name): _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 03m 0498 RBC-02
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: (99) NANA RESTAURANTE v JOS AMERICA
- IF YES, how much do you earn per month? $ 1,000.00
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  RECEIVED $ _____  SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 734.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE $ 3,000.00  DESCRIPTION CAR

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED)
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: ELAINE CRISTINA DA SILVA, AMANDA CRISTINA DA SILVA, ARIANE CRISTINA DA SILVA

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | APARTAMENTO | | $ 575.00 |
| | W/ Electricity $70.00 + Gas $60.00 | | $ 130.00 |
| | EV/ Telephone | | $ 70.00 |
| | EV/ Grocery | | $ 60.00 |
| | W/ Family Expenses | | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/17/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ ARI ALVES TEIXEIRA