AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

USA

v.

Ari Alves Teixeira

**EXHIBIT AND WITNESS LIST**

Case Number: 03mj0498 RBC

| PRESIDING JUDGE Collings, USMJ | PLAINTIFF'S ATTORNEY Seth Berman, AUSA | DEFENDANT'S ATTORNEY George Gormley |
|---|---|---|
| TRIAL DATE (S) 12/30/03 | COURT REPORTER CD | COURTROOM DEPUTY Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 12/30 | | | Thomas Ohlson, Special Agent |
| 1 | | 12/30 | | | Criminal Complain |
| 2 | | 12/30 | | | Copy of Resident Alien Card |
| 3 | | 12/30 | | | Copy of Social Security Card |
| | 4 | 12/30 | | | Diagram of apartment |
| | 5 | 12/30 | | | List of seized items |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages