

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10001-RGS |
|---|---|
| DEFENDANT<br>ARI ALVES TEIXEIRA | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
ARI ALVES TEIXEIRA, NO.25042-038

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

Signature of Attorney or other Originator requesting service on behalf of
Kristina E. Barclay
[X] Plaintiff  [ ] Defendant

KBW x3364
Telephone No. (617) 748-3100
Date Nov 5, 2004

SIGNATURE OF PERSON ACCEPTING PROCESS:      Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[X] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service      Time of Service    [ ] AM  [ ] PM

PLEASE SEE REMARKS SECTION BELOW

Signature, Title and Treasury Agency     JAN. 20, 2005
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection

**REMARKS:**
Not able to serve the Preliminary Order of Forfeiture as instructed above. No address given for Ari Alves Teixeira. Telephone inquiry to ICE suggests that Ari Alves Teixeira has been deported.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY