

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10001-RGS |
|---|---|
| DEFENDANT<br>ARI ALVES TEIXEIRA | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
$1,000.00 in U.S. Currency

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:
KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced currency in accordance with the attached Preliminary Order of Forfeiture and applicable law.

CATS # 04-USC-000499                                                                 KBW x3364

| Signature of Attorney or other Originator requesting service on behalf of<br>Kristina E. Barclay | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Nov 5, 2004 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service   Time of Service  [ ] AM [ ] PM<br>Please see Remarks Sction below<br>Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer   Jan. 20, 2005 |

**REMARKS:** U.S. Customs and Border Protection

The above described $1,000 has been seized and deposited in the CBP/ICE suspense account. A copy of the SEACATS revenue screen is attached showing the deposit status.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

```
                         VIOLATOR    VIOLATION    LINE         STATUS
CASE NBR: 2004040100004501  SEQ: 0000   SEQ: 0000   NBR: 000    BCA
COLL TYPE      : SECU   SEIZED CURRENCY
COLL CLASS CODE: 741    ICE-SUSPENSE-SEIZED CURRENCY
COLL TID  : B10A     PROCESS DATE: 03042004         TRANS NBR: 0001
AMOUNT DUE:       1800.00     PAID:       1800.00   CASH RECEIPT: 55501614
COLL DATE : 03042004   DEPOSIT TICKET: 981624
METHOD OF PAYMENT:                              PAYOR TYPE:
PARTIAL PAY IND  : F  (F/P/I)   CHECK/CREDIT CARD:
BUSINESS   :                                    SURETY CODE:
LAST NAME  :
FIRST NAME :
ADDRESS    :                                    APT NO:
CITY       :                          ST:       COUNTRY:
ZIP CODE   :            PHONE NBR:
COMMENTS   :


(PF1/PF2=HELP)      (PF3/PF4=MENUS)    (PF7=PREV REC)     (PF8=NEXT REC)
(PF10=PROCESS)      (PF12=CANCEL)
```